IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. IV) | MULTIDISTRICT LITIGATION MDL DOCKET NO. 875 |
| | E.D. PA Civil Action No. 09-cv-92610 |
| JACK B. HOWELL, Plaintiff, | Transferor Court: SDGA CV503-74 |
| vs. | |
| CSX TRANSPORTATION, INC., et al. Defendant | FILED APR 1 5 2013 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |

## ORDER

AND NOW, this 15th day of April, 2013, upon careful and independent consideration of Defendant CSX Transportation Inc.'s motion for partial summary judgment *regarding cancer* and *motion in limine* [Doc. 19], Plaintiff's response thereto [Doc. 21], and Defendant's reply [Doc. 23], and after Review of the Report and Recommendation of Magistrate Judge M. Faith Angell, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**

2. CSX Transportation's Motion for Partial Summary Judgment [Doc. 19] is **GRANTED.**

BY THE COURT:

_____
EDUARDO C. ROBRENO,         J.